IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02759-KMT

GINGER MAY RUCKER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kathleen M. Tafoya on January 11, 2016 , incorporated herein by reference, it is

ORDERED that the Commissioner's decision through the Administrative Law Judge is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Ginger May Rucker.  It is

FURTHER ORDERED that the Defendant, Carolyn W. Colvin is awarded costs pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 11th day of January, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ M. Ortiz
M. Ortiz,
Deputy Clerk